# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

Civil Action No. 06-CV-00954-WYD-CBS

BIG O TIRES, INC.
a Colorado corporation,

Plaintiff,

v.

FORTREND, INC., GARY A. BALL
AND JUDY E. BALL

Defendants.

_____

## ORDER GRANTING DEFAULT JUDGMENT
_____

THIS MATTER having come before the Court on Plaintiff's Motion for Default Judgment, and this Court being duly advised in the premises therein, the Court hereby FINDS and ORDERS as follows:

1. The Court FINDS that Big O Tires, Inc. (the "Plaintiff") served Summonses and Verified Complaints in this action on the above-named Defendants on May 30, 2006. To date, Fortrend, Inc. Gary A. Ball and Judy E. Ball (collectively the "Defendants") have failed to file an Answer or otherwise respond to the Verified Complaints and Summonses.

2. By Minute Order dated July 19, 2006, the Court ordered the Plaintiff to serve the Defendants with the Minute Order setting the Plaintiff's Default Judgment Motion for hearing on Tuesday, August 29, 2006 at 1:30 p.m. and Plaintiff's Motion for Default Judgment. Such service was accomplished on each of the Defendants on August 2, 2006 and the returns of service filed with this Court on August 24, 2006. Nevertheless, the

Defendants did not appear for the August 29, 2006 default judgment hearing.

3. The Court FINDS that Fortrend, Inc. consented to personal jurisdiction and venue in Colorado pursuant to Article 29 of the Franchise Agreement attached as Exhibit 1 to the Verified Complaint (the "Franchise Agreement"). The Court further finds that pursuant to Schedule 3 of the Franchise Agreement, Judy Ball and Gary Ball consented to each and every covenant of the Franchise Agreement including the consent to personal jurisdiction and venue in Colorado.

4. Pursuant to Fed. R. Civ. P. 55(b), the Court enters default judgment in favor of Plaintiff Big O Tires, Inc. and against the Defendants.

5. The Court enters judgment in favor of Big O Tires, Inc. and against the Defendants, jointly and severally, in the amount of $41,662.96 as follows:

    a. The sum of $32,011.84 in damages;

    b. Attorneys fees and costs in the amount of $9,651.12 (Franchise Agreement Article 27.02); and

    c. Interest at the statutory rate from the date of judgment.

6. The Court also enters a Permanent Injunction in favor of Big O Tires, Inc. and against the Defendants declaring the following:

    a. Big O Tires, Inc. ("Big O") is the owner of, among others, the following trademarks registered with the United States Patent and Trademark Office (collectively the Marks"):

        i. BIG O, Registration Number 993,415, registered September 24, 1974;

      ii.      BIG O, Registration Number 994,466, registered October 1, 1974;

      iii.      BIG O TIRES and design, Registration Number 1,611,160, registered August 28, 1990;

      iv.      BIG O TIRES and design, Registration Number 2,834,058, registered April 20, 2004;

      v.      BIG O TIRES and design, Registration Number 2,821,053, registered March 9, 2004;

      vi.      WWW.BIGOTIRES.COM, Registration Number 2,514,975, registered December 4, 2001;

      vii.      A REPUTATION YOU CAN RIDE ON, Registration Number 1,845,544, registered February 22, 1993; and

      viii.      BIG FOOT 60, Registration Number 1,102,058, registered September 12, 1978.

    b.    Pursuant to 15 U.S.C. § 1116 and Articles 20.01(f) and 27.01 of the Franchise Agreement, Defendants, and their officers, agents, servants, employees and attorneys, and those persons in active concert or participating with them who receive actual notice of this order by personal service or otherwise are enjoined from engaging in the following acts in Indiana and the United States:

      i.      Using the Marks in advertising;

      ii.      Using any service mark, trademark, trade name, trade dress, words, numbers, abbreviations, designs, colors, arrangements,

        collections or any combination thereof which would imitate resemble or suggest the Marks;

    iii.    Otherwise infringing the Marks;

    iv.    Unfairly competing with Big O;

    v.    Diluting the distinctiveness of Big O's well known Marks;

    vi.    Otherwise injuring Big O's business reputation in any manner; or

    vii.    Publishing any telephone listings using the Marks.

c.    Pursuant to Article 20.01(e) of the Franchise Agreement, not later than seven days from receipt of this Order, the Defendants shall take all necessary steps to assign all of their business telephone numbers, including (812) 372-6699, to Big O;

d.    Pursuant to Article 20.01(c) of the Franchise Agreement and 15 U.S.C. § 1116(d), the Defendants shall deliver to Big O, at the Indiana Big O Warehouse, 640 Park East Boulevard, New Albany, IN 47150, Tel: 812-944-1093, all inventory which bears the Marks and design and all signs, advertising materials, forms, labels, prints, packages, wrappers, receptacles and all other materials in possession of or under the control of the Defendants, that use the Marks or any other reproduction, counterfeit, copy or colorable imitation of the Marks and all plates, molds, matrices, and other means of making or duplicating the same;

e.    Pursuant to Article 17.04 of the Franchise Agreement, the Defendants and their officers, agents, servants, employees and attorneys, and those persons in active concert or participating with them who receive actual notice of this order by personal

-4-

service or otherwise are enjoined from directly or indirectly engaging in any business, which offers or sells tires, wheels, shock absorbers, automotive services, or other products and services that compete with Big O within a 10-mile radius of 3039 North National Road, Columbus, Indiana for two years from the date of this Order.

   f. Pursuant to Article 20.01(h), the Defendants are required to provide Big O with Defendant Fortrend, Inc.'s customer list not later than seven (7) days from receipt of this Order.

  7. The Plaintiff shall personally serve the Defendants with a copy of this Order in accordance with Fed. R. Civ. P. 4.

 Dated: August 31, 2006

         BY THE COURT:

         s/ Wiley Y. Daniel
         Wiley Y. Daniel
         U. S. District Judge